

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**VERNON FREDERICK GLASER II,**

Defendant.

CASE NO. **3 : 1 8 cr 1 29**

JUDGE    THOMAS M. ROSE

INFORMATION

26  U. S. C. § 7202

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

In or about the first quarter of 2013, the defendant, **VERNON FREDERICK GLASER II**, who conducted business in the Southern District of Ohio as the owner and operator of Vernon Glaser & Associates (VGA), a medical billing company, did willfully fail to truthfully account for and pay over to the Internal Revenue Service federal income taxes and F.I.C.A. taxes (which include Social Security and Medicare taxes) that were withheld and which should have been withheld from the compensation of employees of VGA for that quarter, and that were and are due and owing to the United States of America in the said quarter in the amount of $27,294.50.

In violation of 26 United States Code, Section 7202.

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

LAURA I. CLEMMENS, (OR 22765)
Assistant United States Attorney